# ALABAMA COURT OF CRIMINAL APPEALS



May 3, 2024

**CR-2023-0157**
Leonard Lamar Gravesande v. State of Alabama (Appeal from Mobile Circuit Court:
CC-18-2242)

# <u>NOTICE</u>

You are hereby notified that on May 3, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk